# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLES B. PHILLIPS,

    Plaintiff,

vs.

VA ADMINISTRATION EAST CLINIC, *et al.,*

    Defendants.

Case No. 2:15-cv-02024-LDG-GWF

**ORDER**

    This matter is before the Court on Plaintiff's Motion of the Agenda of Summons (#9), filed on October 21, 2015.

    Plaintiff's unintelligible motion does not appear to request any relief from the Court. It appears to be a list of summons that he has issued and a summary of his complaint. Motions before the Court must clearly state the desired relief. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion of the Agenda of Summons (#9) is **stricken**.

    **DATED** this 23rd day of October, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge