# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLES B. PHILLIPS, )
)
      Plaintiff, )    Case No. 2:15-cv-02024-LDG-GWF
)
vs. )    **ORDER**
)
VA ADMINISTRATION EAST CLINIC, *et al.*, )
)
      Defendants. )
_____ )

      This matter is before the Court on Defendant Kevin Hagerty's Proposed Discovery Plan and Scheduling Order (#49) filed January 29, 2016 and Plaintiff's Joint Proposed Discovery Plan and Scheduling Order (#50) filed January 29, 2016. Upon review and consideration,

      **IT IS HEREBY ORDERED** that the Court will grant a stay of discovery pending a decision on Dr. Hagerty's Motion to Dismiss. If the action is not dismissed, the parties are to file a stipulated discovery plan within fourteen (14) days of the decision on the Motion to Dismiss.

      DATED this 2nd day of February, 2016.

                                                   _____
                                                   GEORGE FOLEY, JR.
                                                   United States Magistrate Judge