# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES B. PHILLIPS, | ) |
| Plaintiff, | )  Case No. 2:15-cv-02024-LDG-GWF |
| vs. | )  **ORDER** |
| VA ADMINISTRATION EAST CLINIC, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Production of Documents (ECF No. 100), filed on June 6, 2016.

Plaintiff appears to be requesting documents from the Internal Affairs department of the Las Vegas Metropolitan Police Department. It is unclear why Plaintiff seeks these documents. Regardless of the intended purpose, there is currently a stay of discovery in this case pending the Court's resolution of the Defendant Kevin Hagerty's Motion to Dismiss (ECF No. 28). *See* ECF No. 52. If the Court denies Defendant's motion and the stay is lifted, Plaintiff should serve his discovery request upon the proper defendant. If that defendant fails to adequately respond to Plaintiff's request for production, Plaintiff can then file a motion to compel production with the Court. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Production of Documents (ECF No. 100) is **denied**.

DATED this 8th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge