1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                              **DISTRICT OF NEVADA**

6

7   CHARLES B. PHILLIPS,                    )

8                           Plaintiff,      )      Case No. 2:15-cv-02024-LDG-GWF
                                            )
9   vs.                                     )      **ORDER**
                                            )
10  VA ADMINISTRATION EAST CLINIC, *et al.,* )
                                            )
11                                          )
                          Defendants.       )
12  _____)

13          This matter is before the Court on Defendant's Sheriff Joseph Lombardo, Officer Jeremy

14  McCrimmon, and Officer Kevin Collmar's (collectively the "LVMPD Defendants") Motion to

15  Strike (ECF No. 105), filed on July 6, 2016.  Defendant Kevin Hagerty, DC filed a Joinder (ECF

16  No. 106) on July 7, 2016.

17          To date, Plaintiff has not responded to this motion and the time for opposition has now

18  passed.  Local Rule 7-2(d) states in pertinent part, that "[t]he failure of an opposing party to file

19  points and authorities in response to any motion shall constitute a consent to the granting of the

20  motion."   As a result, the Court will grant the present motion.

21          In addition, Federal Rule of Civil Procedure 12(f) provides that "a court may strike from a

22  pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."

23  The LVMPD Defendants argue that Plaintiff's Declaration of Rights Biven Agent / Motion of

24  Interim Status Reports LR 26-3 / And Quo (ECF No. 102) is "confusing, irrelevant and immaterial

25  to [Plaintiff's] case as it has no purpose and requests no proper relief."  *Motion to Strike* (ECF No.

26  105), pg. 2, lns. 20–21.  The Court agrees.  Accordingly,

27  . . .

28  . . .

1

**IT IS HEREBY ORDERED** that the LVMPD Defendants' Motion to Strike (ECF No. 105)

2 is **granted**.  The Clerk of the Court shall strike Plaintiff's "Declaration of Rights Biven Agent /

3 Motion of Interim Status Reports LR 26-3 / And Quo" (ECF No. 102).

4        DATED this 26th day of July, 2016.

5

6        _____

7        GEORGE FOLEY, JR.
         United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28