UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES B. PHILLIPS, | 2:15-cv-2024-LDG-GWF |
| Plaintiff, | ORDER |
| v. | |
| VA ADMINISTRATION, et al., | |
| Defendants. | |

On July 8, 2016, the clerk of court issued to plaintiff a notice that the court shall dismiss this action pursuant to 4(m) of the Federal Rules of Civil Procedure against the defendants for which no proof of service has been filed by plaintiff, unless plaintiff shall make such filing by August 8, 2016 (#107). As of this date, plaintiff has failed to comply, nor provided good cause for such failure. Accordingly,

THE COURT HERE BY ORDERS that this action is dismissed without prejudice as to the following defendants:

**Defendant VA Administration East Clinic**
**Defendant VA Administration Owens Ave**
**Defendant VA Administration NW Clinic**
**Defendant John Albright**
**Defendant Ramcor Security Guard**
**Defendant Metro Police Department**
**Defendant Metro Helicopter CRB 07-007**

1. **Defendant Lt Carol Egger**
2. **Defendant State of Parole and Probation**
3. **Defendant Curtis Maser**
4. **Defendant State of Nevada**
5. **Defendant Metro Police Officer CRB 08 008**
6. **Defendant Ramcor Security Guard**
7. **Defendant Metro Police both officers**
8. **Defendant Dr Maria Diaz**
9. **Defendant VA Doctor Dr Gilberson**
10. **Defendant Jason Casey**
11. **Defendant Sarah Newman**
12. **Defendant Hosea Barrela**
13. **Defendant Daniel Manley**
14. **Defendant Willie Cult III**
15. **Defendant EMS**
16. **Defendant Mediwest Ambulance Services**
17. **Defendant Loretta S**
18. **Defendant Fed Ex**
19. **Defendant Fox 5 KOVU Tv**
20. **Defendant John Dabxavich**
21. **Defendant Jason Feindberg**
22. **Defendant Nexstar Broadcasting Group**
23. **Defendant Brian Loftus**
24. **Defendant Executive Producer at KLAS-TV**
25. **Defendant Ramcor Security Officer 08-008**
26. **Defendant Officer Dewayne Nobles**
27. **Defendant Public Defender's Office**
28. **Defendant Citizens Review Board 08-008**
29. **Defendant Meredith Corporation**

DATED this __16__ day of August, 2016.

_____
Lloyd D. George
United States District Judge

2