# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES B. PHILLIPS,

    Plaintiff,

v.

VA ADMINISTRATION EAST CLINIC, *et al*.,

    Defendants.

Case No. 2:15-cv-02024-LDG (GWF)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Defendant Dr. Kevin Haggerty's Motion to Dismiss (#28) is GRANTED; This action is DISMISSED without prejudice as to Dr. Kevin Haggerty.

    THE COURT **ORDERS** that the Motion to Dismiss (#73) filed by Defendants Sheriff Joseph Lombardo, Officer Jeremy McCrimmon, and Officer Kevin Collmar, which motion was joined (#87) by Defendant Edward Sepulveda, is GRANTED; This action is DISMISSED without prejudice as to Defendants Sheriff Joseph Lombardo, Officer Jeremy McCrimmon, Officer Kevin Collmar, and Edward Sepulveda.

    THE COURT FURTHER **ORDERS** that Plaintiff Charles B. Phillips' Motion for Summary Judgment (#17), Motion for Mandatory and Permanent and Preventive Federal

Injunction to Cease and Desist Federal Order (#24), Motions for Default Judgment (## 25, 27, 36, 38, 39, 40, 41, 42, 43, 44, 55), Motion for Bench Trial (#84), Motion for Reliance of Fraud (#88), Motion to Proceed to a Bench Trial (#93), and Objections (#104) are DENIED as moot.

THE COURT FURTHER **ORDERS** that Defendants' Motions to Strike (## 91, 95) are DENIED as moot.

DATED this ___2nd___ day of September, 2016.

Lloyd D. George
United States District Judge